Michael R. Mordaunt, Esq., Bar No. 66911
Lori A. Reihl, Esq., Bar No. 246395
RIGGIO MORDAUNT & KELLY
A Professional Law Corporation
3439 Brookside Road, Suite 208A
Stockton, CA  95219
Telephone: (209) 473-8732
Fax: (209) 957-9165

Attorneys for Defendant
TARGET CORPORATION

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT MADUELL, an incompetent person, by and through his Guardian Ad Litem, KAREN MADUELL; and LYUDMILA MADUELL<br><br>Plaintiff(s),<br><br>vs.<br><br>TARGET CORPORATION; and DOES 1 through 50.<br><br>Defendant(s). | Case No. 2:19-cv-02005-MCE-KJN<br><br>**STIPULATION AND ORDER OF DISMISSAL** |

IT IS HEREBY STIPULATED by and between the parties to this action, through their designated counsel of record, that the above-captioned action be and hereby is dismissed pursuant to Federal Rule of Civil Procedure 41(a)(1), with each party to bear their own attorneys' fees and costs.

Dated:  April 27, 2020                                      DREYER BABICH BUCCOLA WOOD
                                                                            CAMPORA, LLP


                                                                            By:  */s/ Jason J. Sigel, Esq.*
                                                                                    Jason J. Sigel, Esq.
                                                                                    Attorneys for Plaintiffs
                                                                                    ROBERT MADUELL, an incompetent
                                                                                    person, by and through his Guardian Ad
                                                                                    Litem, KAREN MADUELL; and
                                                                                    LYUDMILA MADUELL

1

STIPULATION AND [PROPOSED] ORDER OF DISMISSAL

Dated: April 28, 2020                                   RIGGIO MORDAUNT & KELLY

By:  */s/ Lori A. Reihl*
     Michael R. Mordaunt, Esq.
     Lori A. Reihl, Esq.
     Attorneys for Defendant
     TARGET CORPORATION

## ORDER

IT IS HEREBY ORDERED that the above-captioned action is hereby DISMISSED pursuant to Federal Rule of Civil Procedure 41(a)(1).  Each party shall bear their own attorneys' fees and costs, and the Clerk of the Court is directed to close the case.

IT IS SO ORDERED.

Dated: May 1, 2020

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

STIPULATION AND [PROPOSED] ORDER OF DISMISSAL